Robert Morton, Esquire, Frank & Morton, LLP, Lisa Simone, Esquire, Frank & Simone, Los Angeles, CA, for Petitioner.

Dalin Riley Holyoak, Esquire, Trial, OIL, Ada Elsie Bosque, Trial, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Raymund Reyes Calleja, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005), and we deny the petition for review.

The agency acted within its discretion in denying Calleja's motion to reconsider because the motion failed to identify any error of fact or law in the agency's prior order. *See* 8 C.F.R. § 1003.23(b)(2).

**PETITION FOR REVIEW DENIED.**

**Sanjaline Radhika SHANKAR; Roneel Shankar; Bijai Kumari Shankar, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73210.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 17, 2012.*

Filed Jan. 24, 2012.

Dominic Edward Capeci, I, Esquire, Elisa C. Brasil, Esquire, Law Offices of Kaiser and Capeci, San Francisco, CA, for Petitioners.

OIL, Mark Christopher Walters, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Sanjaline Radhika Shankar, Roneel Shankar, and Bijai Kumari Shankar, natives and citizens of Fiji, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for an abuse of discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir.2008). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely where the motion was filed over six years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to present sufficient evidence of changed circumstances in Fiji to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Malty v. Ashcroft,* 381 F.3d 942, 945 (9th Cir.2004) ("The critical question is . . . whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution."). We reject petitioners' contention that the BIA applied the wrong legal standard in analyzing whether there was material evidence of a change in conditions in Fiji. *See* 8 C.F.R. § 1003.2(c)(3)(ii). We also reject petitioners' contention that the BIA failed to consider evidence because they have not overcome the presumption that the BIA reviewed the record. *See Fernandez v. Gonzales,* 439 F.3d 592, 603 (9th Cir.2006); *Lopez v. Ashcroft,* 366 F.3d 799, 807 n. 6 (9th Cir.2004) ("The BIA does not have to write an exegesis on every contention.") (internal quotation, citation, and brackets omitted).

Finally, in light of our conclusion, we do not reach petitioners' prima facie eligibility claim.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.